UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 29 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. S1-4:25-cr-00336-CMS-JMB |
| | ) |
| BRITTANY WISHOM, | ) |
| MIA MCINTOSH-LEWIS, | ) |
| SHERRICK SLAUGHTER,[1] | ) |
| SHEWAN MARTIN, a/k/a "Stank", | ) |
| DONNELL SPROLING, a/k/a "Woo" or | ) |
| "Wooski", | ) |
| RICO GREEN, a/k/a "4oes", | ) |
| JOHN BRISON, a/k/a "Kenny", | ) |
| ALEXZANDRIA WILLIAMS, | ) |
| ARIAN KILBERT, | ) |
| RAYSHA GRADY, and | ) |
| RHAYANA REEDER, | ) |
| | ) |
| Defendants. | ) |

## SUPERSEDING INDICTMENT

### COUNT I
### (Conspiracy to Distribute Controlled Substances)

The Grand Jury charges that:

From on or about June 1, 2023, continuing until on or about January 30, 2024, in the Eastern District of Missouri,

**BRITTANY WISHOM,**
**MIA MCINTOSH-LEWIS,**
**SHERRICK SLAUGHTER,**
**SHEWAN MARTIN, a/k/a "Stank",**
**DONNELL SPROLING, a/k/a "Woo" or "Wooski",**
**RICO GREEN, a/k/a "4oes",**

---

[1] The charges in this superseding indictment do not apply to Sherrick Slaughter because she pleaded guilty before the date of this superseding indictment.

**JOHN BRISON, a/k/a "Kenny",**
**ALEXZANDRIA WILLIAMS,**
**ARIAN KILBERT,**
**RAYSHA GRADY, and**
**RHAYANA REEDER,**

the Defendants herein, conspired with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute controlled substances, namely more than 50 grams of methamphetamine and more than 400 grams of fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

In violation of Title 21, United States Code, Section 846.

**COUNT II**
**(Travel Act)**

The Grand Jury further charges that:

From on or about January 28, 2024, continuing until on or about January 30, 2024, within the Eastern District of Missouri,

**BRITTANY WISHOM,**
**MIA MCINTOSH-LEWIS,**
**SHERRICK SLAUGHTER,**
**SHEWAN MARTIN, a/k/a "Stank",**
**ALEXZANDRIA WILLIAMS, and**
**ARIAN KILBERT,**

the Defendants herein, traveled in interstate commerce from the State of California to the State of Missouri, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, distribution of controlled substances and possession with intent to distribute controlled substances, under Title 21, United States Code, Section

841(a)(1), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

In violation of Title 18, United States Code, Sections 1952(a)(3); 2.

**COUNT III**
**(Travel Act)**

The Grand Jury further charges that:

From on or about June 6, 2023, continuing until or about June 10, 2023, within the Eastern District of Missouri,

**BRITTANY WISHOM,**
**SHEWAN MARTIN, a/k/a "Stank",**
**RICO GREEN, a/k/a "4oes",**
**DONNELL SPROLING, a/k/a "Woo" or "Wooski",**
**JOHN BRISON, a/k/a "Kenny",**
**ALEXZANDRIA WILLIAMS, and**
**RHAYANA REEDER,**

the Defendants herein, traveled in interstate commerce from the State of California to the State of Missouri, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, distribution of controlled substances and possession with intent to distribute controlled substances, under Title 21, United States Code, Section 841(a)(1), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

In violation of Title 18, United States Code, Sections 1952(a)(3); 2.

## COUNT IV
**(Travel Act)**

The Grand Jury further charges that:

From on or about September 26, 2023, continuing until on or about September 29, 2023, within the Eastern District of Missouri,

**BRITTANY WISHOM,**
**SHEWAN MARTIN, a/k/a "Stank",**
**ALEXZANDRIA WILLIAMS,**
**ARIAN KILBERT, and**
**RAYSHA GRADY,**

the Defendants herein, traveled in interstate commerce from the State of California to the State of Missouri, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, distribution of controlled substances and possession with intent to distribute controlled substances, under Title 21, United States Code, Section 841(a)(1), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

In violation of Title 18, United States Code, Sections 1952(a)(3); 2.

## FORFEITURE ALLEGATION

The Grand Jury finds by probable cause that:

1. Under Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 846, as set forth in Count One, Defendants shall forfeit to the United States of America any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the

result of such violation(s), and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s).

2. If any of the property described above, as a result of any act or omission of the Defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

________________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

________________________________
Torrie J. Schneider, #0388364 (MN)
Assistant United States Attorney